UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD WALLACE, #207922 | ) ) ) |
| Plaintiff, | ) ) ) CASE NO. 2:10-cv-361-ID |
| v. | ) ) |
| RICHARD ALLEN, *et al.*, | ) ) |
| Defendants. | ) |

## **O R D E R**

Before the Court are the Recommendation of the Magistrate Judge (Doc. #14, filed May 24, 2010) and Plaintiff's Objection to the Recommendation (Doc. #17, filed June 7, 2010). The Court has conducted a *de novo* review of those portions of the Recommendation to which objection is made. It is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objection to the Recommendation (Doc. #17) be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #14) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. Plaintiff's motion for preliminary injunction be and the same is hereby DENIED;

4. This case be and the same is hereby REFERRED back to the Magistrate

Judge for additional proceedings.

Done this the 18th day of June, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE