IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES EDWARD WALLACE, #207922,  )
                                                          )
    Plaintiff,                          )
                                                          )
    v.                                )    CASE NO. 2:10-CV-361-MEF
                                                          )           [WO]
                                                          )
RICHARD ALLEN, et al.,          )
                                                          )
    Defendants.                 )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

James Edward Wallace ["Wallace"], a state inmate, filed the instant complaint challenging the seating provided for inmates on the Native American ceremonial grounds at the Bullock Correctional Facility. On May 4, 2012, the plaintiff filed a document in which he seeks to dismiss his claims against Richard Allen as Wallace asserts Allen did not act in violation his constitutional rights (Doc. No. 51). The court therefore construes this pleading to contain a motion to dismiss Richard Allen as a defendant in this cause of action.

Upon consideration of the plaintiff's motion to dismiss, the court concludes that this motion is due to be granted. Furthermore, since the plaintiff concedes that defendant Allen did not violate his constitutional rights, any claims against this individual should be dismissed with prejudice.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. The plaintiff's motion to dismiss be GRANTED.

2. The claims against Richard Allen be dismissed with prejudice.

3. Richard Allen be dismissed as a party to this cause of action.

4. This case, with respect to the plaintiff's claims against the remaining defendants, be referred back to the undersigned for additional proceedings.

It is further

ORDERED that on or before June 8, 2012, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit

handed down prior to the close of business on September 30, 1981.

DONE, this 25th day of May, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE