IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD WALLACE, #207922, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-361-MEF |
| ) | |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On May 25, 2012, the Magistrate Judge filed a Recommendation (Doc. #53) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's motion to dismiss is GRANTED.

3. The claims against Richard Allen are dismissed with prejudice and Richard Allen is dismissed as a party to this cause of action.

4. This case, with respect to the plaintiff's claims against the remaining defendants is referred back to the Magistrate Judge for additional proceedings

DONE this the 25th day of June, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE